# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00757-CV

**Appellant, Robert A. Marshall//**
**Cross-Appellants, Scott Law Ortho Corp. P.C.; and Julio De La Fuente, DDS**

**v.**

**Appellees, Scott Law Ortho Corp. P.C.; and Julio De La Fuente, DDS//**
**Cross-Appellee,  Robert A. Marshall**

---

**FROM THE 425TH JUDICIAL DISTRICT COURT OF WILLIAMSON COUNTY**
**NO. 18-1561-C425, THE HONORABLE BETSY F. LAMBETH, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant Robert A. Marshall and cross-appellants Scott Law Ortho Corp. P.C. and Julio De La Fuente, DDS, have filed a joint motion to dismiss this appeal.  We grant the joint motion and dismiss the appeal.  *See* Tex. R. App. P. 42.1(a).

Thomas J. Baker, Justice

Before Chief Justice Rose, Justices Baker and Triana

Dismissed on Appellant's and Cross-Appellants' Joint Motion

Filed:  March 5, 2020